■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. VINCENT R. HENRIQUEZ, Appellant, v EVERETT W. JONES, as Superintendent of Great Meadow Correctional Facility, Respondent.—Appeal from a judgment of the Supreme Court at Special Term, entered November 13, 1979 in Washington County, which denied appellant's application for a writ of habeas corpus. The application for a writ of habeas corpus does not comply with CPLR article 70 and more specifically with the provisions of CPLR 7002 (subd [c]) thereof, and is insufficient on its face. Judgment affirmed, without costs. Mahoney, P. J., Sweeney, Kane, Staley, Jr., and Casey, JJ., concur.